UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-23089-CIV-O'SULLIVAN
[CONSENT]

ANGEL MORALES,
    Plaintiff,
v.

M&M PAINTING AND CLEANING
CORP., et. al.,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Partial Summary Judgment (DE # 38, 8/27/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to Plaintiff's Motion for Partial Summary Judgment (DE # 38, 8/27/08) on or before **September 22, 2008**. The failure to file a response may result in an Order granting Plaintiff's Motion for Partial Summary Judgment (DE # 38, 8/27/08) in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida this **18th** day of September, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record